**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

**REBECCA WOLCOTT,**
and on behalf of all others
similarly situated,

        Plaintiff,

**v.**

**AIDING HEARTS LLC, and**
**LISA HERRGUTH individually,**
Jointly and severally,

        Defendants.

Case No: 1:19-cv-00062
Honorable: Paul L. Maloney

---

John C. Philo (P52721)
Anthony D. Paris (P71525)
**SUGAR LAW CENTER**
**FOR ECONOMIC & SOCIAL JUSTICE**
4605 Cass Avenue, Second Floor
Detroit, Michigan 48201
(313) 993-4505 / (313) 887-8470 (Fax)
jphilo@sugarlaw.org
tparis@sugarlaw.org
*Attorneys for Plaintiff*

---

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**
**AGAINST DEFENDANTS LISA HERRGUTH & AIDING HEARTS, LLC**

    **NOW COMES** Plaintiff, REBECCA WOLCOTT, by and through her attorneys, and pursuant to Fed R. Civ. P. 55 (2), requests the Entry of Default Judgment against Defendant LISA HERRGUTH and Defendant AIDING HEARTS LLC.  In support thereof, Plaintiff states as follows:

    1.    On January 25, 2019, Plaintiff's Complaint was filed with this Honorable Court.

1

2. Plaintiff's Complaint alleged violations of federal and state law against the Defendants under The Fair Labor Standards Act, 29 U.S.C §201 et. seq. ("FLSA") and the Michigan Minimum Wage Law of 1964, MCL 408.381 et. seq. ("MMWL") arising from Defendants' failure to properly pay minimum wage and overtime wages to the Plaintiff and other similarly situated employees.

3. The Defendant LISA HERRGUTH is a resident of Michigan and is the owner of the Defendant AIDING HEARTS, LLC.  She is either a minor or otherwise an incompetent person.

4. Defendant LISA HERRGUTH was served with the Summons and the Complaint on March 4, 2019.  See Exhibit A, Proof of Service.

5. Defendant LISA HERRGUTH's answer was due on March 25, 2019.

6. Defendant LISA HERRGUTH failed to file or serve an appearance, answer, or any other response to the Complaint by March 25, 2019.

7. The Defendant AIDING HEARTS, LLC is a Michigan corporation, with its headquarters in the Township of Bath in Clinton County.

8. Defendant AIDING HEARTS, LLC was served with the Summons and the Complaint on March 6, 2019.  See Exhibit B, Proof of Service.

9. Defendant AIDING HEARTS, LLC's answer was due on March 27, 2019.

10. Defendant AIDING HEARTS, LLC also failed to file or serve an appearance, answer, or any other response to the Complaint by March 27, 2019.

11. On April 2, 2019, Plaintiff filed their Application for Entry of Default Judgment against Defendants LISA HERRGUTH and AIDING HEARTS, LLC.  See Doc. #9.

12. On April 3, 2019 at approximately 11:59 am, the Clerk of Court, pursuant to Fed. R. Civ. P. 55(a), entered Default against both Defendants. See Doc. #10 and Exhibit C, ECF time-stamped email.

13. Later in the day on April 3, 2019 at approximately 1:27 pm, and without seeking to have the Default vacated, Defendants LISA HERRGUTH and AIDING HEARTS, LLC. filed a hard-copy Answer to the Complaint. The Answer was entered on the ECF system on April 4, 2019 at approximately 9:52 am. See Doc. 12.

14. A copy of the Entry of Default was mailed by Plaintiff's counsel to the Defendants. See Doc. #13, Proof of Service.

15. To date, Defendants have not sought to have the existing Default set aside.

16. Under Counts 1 through 4 of the Complaint, Plaintiff claims damages against both Defendants under the FLSA and MMWL. Under both statutes, allowable damages are substantially similar. Specifically, Plaintiff claims an award of damages as follows:

- compensatory damages for Defendants' failure to pay minimum wage; 29 U.S.C. § 206; MCL §408.414;

- compensatory damages for Defendants' failure to pay overtime for hours greater than forty worked in the week; 29 U.S.C. § 207; MCL §408.414a (1);

- liquidated damages in an additional amount equal to compensatory damages; 29 U.S.C. § 216(b); MCL §408.419(1); and

- reasonable attorney's fees and costs incurred in this litigation. 29 U.S.C. § 216(b); MCL §408.419(1).

17. Since the Defendants' have not sought to have the Clerk's Default set aside and the deadlines had expired for filing and serving an appearance, answer or other response to the Complaint at the time that the Clerk's Default was entered, Plaintiff hereby requests entry of Default Judgment against both Defendants pursuant to Fed R. Civ. P. 55 (2).

**WHEREFORE**, the Plaintiff REBECCA WOLCOTT requests that this Honorable Court enter an Order granting Default Judgment against the Defendants LISA HERRGUTH and AIDING HEARTS LLC and setting a hearing date to determine the amount of damages.

Respectfully submitted,

/s/ John C. Philo
John C. Philo (P52721)
**SUGAR LAW CENTER**
**FOR ECONOMIC & SOCIAL JUSTICE**
4605 Cass Ave., Second Floor
Detroit, Michigan 48201
(313) 993-4505
jphilo@sugarlaw.org
*Attorneys for Plaintiff*

Date: May 9, 2019

**UNITED STATES DISTRICT COURT**
**<u>WESTERN DISTRICT OF MICHIGAN</u>**

**REBECCA WOLCOTT,**
and on behalf of all others
similarly situated,

                      Case No: 1:19-cv-00062
     Plaintiff,           Honorable: Paul L. Maloney

**v.**

**AIDING HEARTS LLC, and**
**LISA HERRGUTH individually,**
Jointly and severally,

     Defendants.

---

John C. Philo (P52721)
Anthony D. Paris (P71525)
**SUGAR LAW CENTER**
**FOR ECONOMIC & SOCIAL JUSTICE**
4605 Cass Avenue, Second Floor
Detroit, Michigan 48201
(313) 993-4505 / (313) 887-8470 (Fax)
tparis@sugarlaw.org
jphilo@sugarlaw.org
*Attorneys for Plaintiff*

---

**<u>PROOF OF SERVICE</u>**

     I hereby certify that on May 9, 2019, I electronically filed Plaintiff's *MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS LISA HERRGUTH & AIDING HEARTS, LLC* with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record and also mailed via the U.S. Postal Service a copy of this filing to the Defendants' addresses.

                                                                         Respectfully submitted,

2

/s/ John C. Philo
John C. Philo (P52721)
**SUGAR LAW CENTER**
**FOR ECONOMIC & SOCIAL JUSTICE**
4605 Cass Ave., Second Floor
Detroit, Michigan 48201
(313) 993-4505
jphilo@sugarlaw.org
*Attorneys for Plaintiff*

Date: May 9, 2019

2